## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

**ERIE INSURANCE EXCHANGE a/s/o
JOHN STAVOVY AND MARCIA STAVOVY
and MESA WOOD LTD**

           **Plaintiffs(s)**

    v.

**LOWE'S HOME CENTERS, LLC**
          **Defendant(s)**

**Civil Action No: 2:20-cv-00086-JFC**

## ORDER TO SETTLE, DISCONTINUE AND END

       Kindly have the docket reflect that the above-captioned case has been settled, discontinued and ended with prejudice.

**de LUCA LEVINE LLC**

BY: /s/Richard J. Boyd, Jr.
    **RICHARD J. BOYD, JR.**
    PA ID: 84035
    Three Valley Square, Suite 220
    Blue Bell, PA 19422
    215-383-0081
    215-383-0082 (fax)
    rboyd@delucalevine.com
    **ATTORNEYS FOR PLAINTIFFS**

**Dated:** December 8, 2020

AND NOW, this _____
day of _____, 20 20
IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE